<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    7

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Buzz'n Bean Coffee Company LLC |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 92-0727282 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 330 E. Sangamon Ave <br> Petersburg, IL 62675 <br> Number, Street, City, State & ZIP Code | 19257 E. CR 1600 N. <br> Havana, IL 62644 <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | Menard <br> County | **Location of principal assets, if different from principal place of business** <br> 19257 E. CR 1600 N. Havana, IL 62644 <br> Number, Street, City, State & ZIP Code |

**5.**  **Debtor's website** (URL)  _____

**6.**  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     Buzz'n Bean Coffee Company LLC _____     Case number (*if known*) _____
         Name

**7.   Describe debtor's business**          A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | Buzz'n Bean Coffee Company LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

        Contact name _____

        Phone _____

---

**█  Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Buzz'n Bean Coffee Company LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      August 13, 2025
                 MM / DD / YYYY

**X** /s/ Kathy Brooks                                Kathy Brooks
Signature of authorized representative of debtor      Printed name

Title    President

---

**18. Signature of attorney**

**X** /s/ Michael J. Meyers                          Date    August 13, 2025
Signature of attorney for debtor                              MM / DD / YYYY

Michael J. Meyers 6313492
Printed name

Ostling & Associates, Ltd.
Firm name

201 W. Olive Street
Bloomington, IL 61701
Number, Street, City, State & ZIP Code

Contact phone    309-827-3030        Email address    ostlingassociates@comcast.net

6313492 IL
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    Buzz'n Bean Coffee Company LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___August 13, 2025___    **X** /s/ Kathy Brooks
                                        Signature of individual signing on behalf of debtor

                                        Kathy Brooks
                                        Printed name

                                        President
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Buzz'n Bean Coffee Company LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*..........................................................................    $ _____ 0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*......................................................................    $ _____ 7,065.00

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*........................................................................    $ _____ 7,065.00

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $ _____ 35,105.99

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ _____ 12,000.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................    +$ _____ 69,302.06

4.   **Total liabilities** ......................................................................................
    Lines 2 + 3a + 3b     $ _____ 116,408.05

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Buzz'n Bean Coffee Company LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $20.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $20.00

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | Buzz'n Bean Coffee Company LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.   Raw materials** | | | | |
| **20.   Work in progress** | | | | |
| **21.   Finished goods, including goods held for resale** | | | | |
| Syrups & cups | 7/2025 | $200.00 | Comparable sale | $200.00 |
| **22.   Other inventory or supplies** | | | | |
| Cleaning supplies, garbage bags | 7/2025 | $75.00 | Comparable sale | $75.00 |

**23.   Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $275.00 |
|---|

**24.   Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **39.   Office furniture** | | | | |
| Desk | | $20.00 | Comparable sale | $75.00 |
| **40.   Office fixtures** | | | | |

Debtor    Buzz'n Bean Coffee Company LLC                          Case number *(If known)* _____
    Name

**41.** **Office equipment, including all computer equipment and**
**communication systems equipment and software**
Laptop                                    $50.00    Comparable sale          $50.00

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**                                                        $125.00
Add lines 39 through 42.  Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>refrigerator, deep freezer, coffee pot, coffee<br>grinder, espresso grinder, 2 microwaves, toaster<br>oven, mini refrigerator, ice machine, warmer,<br>small display case, 8 chairs, 8 bar stools, 4 bars, 2<br>couches, 6 chairs, electric fireplace, 2 tables, 8<br>shelves, 6 garbage cans, metal rack, 6<br>stainless-steel tables | $17,145.00 | Comparable sale | $6,645.00 |

**51.** **Total of Part 8.**                                                        $6,645.00
Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor　Buzz'n Bean Coffee Company LLC　　　　　　　　　　　Case number *(If known)* _____
　　　　Name

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Debtor ___Buzz'n Bean Coffee Company LLC_____   Case number *(If known)* _____
      Name

---

**Part 12:**    **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $275.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $125.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,645.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,065.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,065.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name ___Buzz'n Bean Coffee Company LLC___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

| 2.1 | Justene Peterson | | |
| --- | --- | --- | --- |

Creditor's Name

Describe debtor's property that is subject to a lien
refrigerator, deep freezer, coffee pot, coffee grinder, espresso grinder, 2 microwaves, toaster oven, mini refrigerator, ice machine, warmer, small display case, 8 chairs, 8 bar stools, 4 bars, 2 couches, 6 chairs, electric fireplace, 2 tab          **$35,105.99**   **$6,645.00**

1023 Grand Blvd.
Saint Louis, MO 63106

Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**

Creditor's email address, if known        ☑ No
                                          ☐ Yes

**Date debt was incurred**                 **Is anyone else liable on this claim?**
                                          ☐ No
                                          ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
5295

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
☑ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        **$35,105.99**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Buzz'n Bean Coffee Company LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>Illinois Department of Revenue<br>ICS Payment and Correspondence Unit<br>PO Box 19043<br>Springfield, IL 62794-9043 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Total claim: $12,000.00 | Priority amount: $12,000.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Taxes owed | | |
| | Last 4 digits of account number 8151 | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>A Team Disposal<br>120 E. Jackson St.<br>Petersburg, IL 62675 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim:  Debt owed<br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>Acima Lease<br>9815 S. Monroe St.<br>Sandy, UT 84070 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** 6661 | Basis for the claim:  Debt owed<br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | Buzz'n Bean Coffee Company LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,462.62**

Acima Lease
9815 S. Monroe St.
Sandy, UT 84070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3188

**Basis for the claim:** Debt owed

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,500.00**

ADP Payroll
One ADP Blvd.
Roseland, NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3226

**Basis for the claim:** Debt owed

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,200.00**

Ameren
PO Box 88034
Chicago, IL 60680-1034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 7062

**Basis for the claim:** Debt owed

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$294.69**

American Water
PO Box 6029
Carol Stream, IL 60197-6029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5171

**Basis for the claim:** Debt owed

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00**

Cass Comm
100 Redbud Rd.
Virginia, IL 62691

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**

**Basis for the claim:** Debt owed

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$850.00**

Cass Comm
100 Redbud Rd.
Virginia, IL 62691

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Debt owed

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00**

Cass Comm
100 Redbud Rd.
Virginia, IL 62691

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Debt owed

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Buzz'n Bean Coffee Company LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address
CFG
180 Maiden Lane 15th Floor
New York, NY 10038

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt owed

Is the claim subject to offset? ■ No  ☐ Yes

$12,591.00

---

**3.11** | Nonpriority creditor's name and mailing address
City of Pekin
111 South Capital St.
Pekin, IL 61554

**Date(s) debt was incurred** _
**Last 4 digits of account number**  9000

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt owed

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.12** | Nonpriority creditor's name and mailing address
City of Petersburg
Po Box 287
Petersburg, IL 62675

**Date(s) debt was incurred** _
**Last 4 digits of account number**  3900

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt owed

Is the claim subject to offset? ■ No  ☐ Yes

$110.14

---

**3.13** | Nonpriority creditor's name and mailing address
Comcast
PO Box 4928
Hinsdale, IL 60522

**Date(s) debt was incurred** _
**Last 4 digits of account number**  1925

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt owed

Is the claim subject to offset? ■ No  ☐ Yes

$1,057.48

---

**3.14** | Nonpriority creditor's name and mailing address
East Shore
5020 Sunrise Hwy
Massapequa Park, NY 11762

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt owed

Is the claim subject to offset? ■ No  ☐ Yes

$8,000.00

---

**3.15** | Nonpriority creditor's name and mailing address
Guste Payroll
525 20th St.
San Francisco, CA 94107

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt owed

Is the claim subject to offset? ■ No  ☐ Yes

$4,795.42

---

**3.16** | Nonpriority creditor's name and mailing address
Heartland Bank
2213 W White Oaks Dr
Springfield, IL 62704

**Date(s) debt was incurred** _
**Last 4 digits of account number**  4656

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt Owed

Is the claim subject to offset? ■ No  ☐ Yes

$2,600.00

---

| Debtor | Buzz'n Bean Coffee Company LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,294.86 |
|---|---|---|---|

Iowa City/Cedars
5230 Las Virgenes Rd.
Suite 210
Calabasas, CA 91302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Debt owed 

**Last 4 digits of account number**  1162 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,400.00 |
|---|---|---|---|

Ironwood MCA
800 N. Shoreline Blvd.
#1500
Corpus Christi, TX 78401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Debt owed 

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,326.16 |
|---|---|---|---|

Katapult/Wayfair
5360 Legacy Dr.
Building 2
Suite 135
Plano, TX 75024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Debt owed 

**Last 4 digits of account number**  8273 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|---|

Lendini/Comm. Asset Recovery
1330 Avenue of the Americas
Suite 23A
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Debt owed 

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $70.00 |
|---|---|---|---|

Orkin
3651 6th St. Frontage Rd W
Ste 300
Springfield, IL 62703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Debt owed 

**Last 4 digits of account number**  8018 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,697.65 |
|---|---|---|---|

TBK Bank
101 W Main St.
Havana, IL 62644

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Debt owed 

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

Time Payment
200 Summit Dr.
Suite 100
Burlington, MA 01803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Debt owed 

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Buzz'n Bean Coffee Company LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

Toast Payroll
333 Summer St.
Boston, MA 02210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Debt owed

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $802.04 |
|---|---|---|---|

Waste Management
800 Capital St.
Suite 300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8009

**Basis for the claim:** Debt owed

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Altus<br>2121 Airline Dr.<br>Suite 520<br>Metairie, LA 70001 | Line 3.4<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Landmark Strategy Group<br>1902 Ridge Rd.<br>Suite 156<br>West Seneca, NY 14224 | Line 3.2<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Lyon Collections Services<br>7924 W. Sahara Ave.<br>Las Vegas, NV 89117 | Line 3.4<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Sequim Asset Solutions, LLC<br>2700 Cumberland Parkway<br>Suite 200<br>Atlanta, GA 30339 | Line 3.13<br>☐ Not listed. Explain ____ | _ |

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 12,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 69,302.06 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 81,302.06 |

**Fill in this information to identify the case:**

Debtor name _____Buzz'n Bean Coffee Company LLC_____

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF ILLINOIS_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | 1 espresso machine | |
| State the term remaining | 2 years | Time Payment<br>200 Summit Dr.<br>Suite 100<br>Burlington, MA 01803 |
| List the contract number of any government contract | | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | 24-Month lease on location in 1631 Broadway St. Pekin, IL 61554 | |
| State the term remaining | 11/1/2024-11/1/2031 | Trademark Properties, LLC<br>712 18th Ave<br>Moline, IL 61265 |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name _____Buzz'n Bean Coffee Company LLC_____

United States Bankruptcy Court for the: _____CENTRAL DISTRICT OF ILLINOIS_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 | Brock and Kathy Brooks | 19257 E. CR 1600 N. Havana, IL 62644 | Justene Peterson | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Brock and Kathy Brooks | 19257 E. County Rd. 1600 North Havana, IL 62644 | Acima Lease | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.3 | Brock and Kathy Brooks | 19257 E. County Road 1600 North Havana, IL 62644 | Acima Lease | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.4 | Brock and Kathy Brooks | 19257 E. County Rd. 1600 North Havana, IL 62644 | Illinois Department of Revenue | ☐ D _____<br>■ E/F ___2.1___<br>☐ G _____ |
| 2.5 | Jedediah and Carissa Vance | 19291 Hunt Rd. Petersburg, IL 62675 | Justene Peterson | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

Debtor    Buzz'n Bean Coffee Company LLC                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Jedediah Vance | 19791 Hunt Rd.<br>Petersburg, IL 62675 | Heartland Bank | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.7 | Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | A Team Disposal | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.8 | Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | ADP Payroll | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |
| 2.9 | Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | Ameren | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.10 | Kathy Brooks | 19257 E. County Road 1600 North<br>Havana, IL 62644 | American Water | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.11 | Kathy Brooks | 19257 E. County Road 1600 North<br>Havana, IL 62644 | Cass Comm | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |
| 2.12 | Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | Cass Comm | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.13 | Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | Cass Comm | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |

| Debtor | Buzz'n Bean Coffee Company LLC | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.14 Kathy Brooks | 19257 E. County Road 1600 North<br>Havana, IL 62644 | CFG | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.15 Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | City of Pekin | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.16 Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | City of Petersburg | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.17 Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | Comcast | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.18 Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | East Shore | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.19 Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | Guste Payroll | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.20 Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | Heartland Bank | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |
| 2.21 Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | Iowa City/Cedars | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |

| Debtor | Buzz'n Bean Coffee Company LLC | Case number *(if known)* | |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | Ironwood MCA | ☐ D _____<br>■ E/F _3.18_<br>☐ G _____ |
| 2.23 | Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | Katapult/Wayfair | ☐ D _____<br>■ E/F _3.19_<br>☐ G _____ |
| 2.24 | Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | Lendini/Comm. Asset Recovery | ☐ D _____<br>■ E/F _3.20_<br>☐ G _____ |
| 2.25 | Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | Orkin | ☐ D _____<br>■ E/F _3.21_<br>☐ G _____ |
| 2.26 | Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | TBK Bank | ☐ D _____<br>■ E/F _3.22_<br>☐ G _____ |
| 2.27 | Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | Time Payment | ☐ D _____<br>■ E/F _3.23_<br>☐ G _____ |
| 2.28 | Kathy Brooks | 19257 E. County Road 1600 North<br>Havana, IL 62644 | Toast Payroll | ☐ D _____<br>■ E/F _3.24_<br>☐ G _____ |
| 2.29 | Kathy Brooks | 19257 E. County Road 1600 North<br>Havana, IL 62644 | Waste Management | ☐ D _____<br>■ E/F _3.25_<br>☐ G _____ |

| Debtor | Buzz'n Bean Coffee Company LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.30 | Brock & Kathy Brooks | 19257 E. CR 1600 N. Havana, IL 62644 | Trademark Properties, LLC | ☐ D ____<br>☐ E/F ____<br>■ G __2.2__ |
| 2.31 | Jed & Carissa Vance | 19291 Hunt Rd. Petersburg, IL 62675 | Trademark Properties, LLC | ☐ D ____<br>☐ E/F ____<br>■ G __2.2__ |

**Fill in this information to identify the case:**

Debtor name ___Buzz'n Bean Coffee Company LLC___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                                    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other _____ | $75,269.00 |
| For prior year:<br>From  1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $185,030.00 |
| For year before that:<br>From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $123,753.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Buzz'n Bean Coffee Company LLC                                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   Buzz'n Bean Coffee Company LLC                          Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Ostling and Associates<br>201 W. Olive St.<br>Bloomington, IL 61701 | Attorney fees | 8/2025 | $1,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Ostling and Associates<br>201 W. Olive St.<br>Bloomington, IL 61701 | Filing fee | 8/2025 | $338.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

Official Form 207                 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                 page **3**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Buzz'n Bean Coffee Company LLC                                    Case number (if known) _____

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1108 SR 97 Havana, IL 62644 | 10/2022-Current |
| 14.2. | 1631 Broadway Pekin, IL 61554 | 11/2024-5/2025 |
| 14.3. | 330 E. Sangamon Ave. Petersburg, IL 62675 | 3/2024-Current |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | TBK Bank PO Box 790408 Saint Louis, MO 63179 | XXXX-1545 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 5/23/2025 | $0.00 |

Debtor   Buzz'n Bean Coffee Company LLC                                    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | Heartland Bank | XXXX-5646 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | July 2025 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Buzz'n Bean Coffee Company LLC | Case number *(if known)* |
|--------|-------------------------------|--------------------------|

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-----------------------------------|----------------------------|----------------|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-----------------------------------|----------------------------|----------------|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|-------------------------------------|---------------------------------------------------------------------------------------------------------------|

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ■ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐ None

| Name and address |
|------------------|
| 26d.1.   Justene Peterson<br>1023 Grand Blvd.<br>Saint Louis, MO 63106 |

**27. Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ☐ No

   ■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|

Debtor   Buzz'n Bean Coffee Company LLC                                    Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Kathy Brooks | 6/23/2025 | $9300 |
| | **Name and address of the person who has possession of inventory records** | | |
| | Kathy Brooks<br>19257 E. CR 1600 N.<br>Havana, IL 62644 | | |
| 27.2. | Kathy Brook | 7/1/2025 | $3400 |
| | **Name and address of the person who has possession of inventory records** | | |
| | Kathy Brooks<br>19257 E. CR 1600 N.<br>Havana, IL 62644 | | |
| 27.3. | Kathy Brooks | 7/6/2025 | $275 |
| | **Name and address of the person who has possession of inventory records** | | |
| | Kathy Brooks<br>19257 E. CR 1600 N.<br>Havana, IL 62644 | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kathy Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | President | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brock Brooks | 19257 E. CR 1600 N.<br>Havana, IL 62644 | President | 50 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| Debtor | Buzz'n Bean Coffee Company LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Brock & Kathy Brooks<br>19257 E. CR 1600 N.<br>Havana, IL 62644 | $3,000 | Over the last 12 months | Reimbursements |
| | **Relationship to debtor**<br>Owners | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      August 13, 2025

/s/ Kathy Brooks                                                        Kathy Brooks
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of Illinois

In re  Buzz'n Bean Coffee Company LLC
_____   Case No. _____
Debtor(s)                                   Chapter   7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...................................   $ _____1,000.00

    Prior to the filing of this statement I have received ..........................   $ _____1,000.00

    Balance Due ..............................................................................   $ _____0.00

2.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation
        agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance
        of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other
    adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

August 13, 2025                          /s/ Michael J. Meyers
_____          _____
_Date_                                   Michael J. Meyers 6313492
                                         _Signature of Attorney_
                                         Ostling & Associates, Ltd.
                                         201 W. Olive Street
                                         Bloomington, IL 61701
                                         309-827-3030  Fax: 309-827-3131
                                         ostlingassociates@comcast.net
                                         _Name of law firm_

# United States Bankruptcy Court
## Central District of Illinois

In re  Buzz'n Bean Coffee Company LLC _____    Case No. _____

                              Debtor(s)          Chapter   7 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  August 13, 2025 _____      /s/ Kathy Brooks _____

                                      Kathy Brooks/President
                                      Signer/Title

# United States Bankruptcy Court
### Central District of Illinois

In re    Buzz'n Bean Coffee Company LLC

Debtor(s)

Case No.

Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Buzz'n Bean Coffee Company LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 13, 2025

Date

/s/ Michael J. Meyers

Michael J. Meyers 6313492

Signature of Attorney or Litigant

Counsel for    Buzz'n Bean Coffee Company LLC

Ostling & Associates, Ltd.

201 W. Olive Street
Bloomington, IL 61701
309-827-3030 Fax:309-827-3131
ostlingassociates@comcast.net

# United States Bankruptcy Court
## Central District of Illinois

In re   Buzz'n Bean Coffee Company LLC

Debtor(s)

Case No.

Chapter   7

# BUSINESS INCOME AND EXPENSES

### FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS   (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:            $            0.00

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income                                  $            0.00

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

3. Net Employee Payroll (Other Than Debtor)              $            0.00
4. Payroll Taxes                                                      0.00
5. Unemployment Taxes                                                0.00
6. Worker's Compensation                                             0.00
7. Other Taxes                                                       0.00
8. Inventory Purchases (Including raw materials)                     0.00
9. Purchase of Feed/Fertilizer/Seed/Spray                            0.00
10. Rent (Other than debtor's principal residence)                  0.00
11. Utilities                                                        0.00
12. Office Expenses and Supplies                                     0.00
13. Repairs and Maintenance                                         0.00
14. Vehicle Expenses                                                 0.00
15. Travel and Entertainment                                         0.00
16. Equipment Rental and Leases                                      0.00
17. Legal/Accounting/Other Professional Fees                        0.00
18. Insurance                                                        0.00
19. Employee Benefits (e.g., pension, medical, etc.)                0.00

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION                                TOTAL

21. Other (Specify):

DESCRIPTION                                TOTAL

22. Total Monthly Expenses (Add items 3-21)              $            0.00

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)     $            0.00